# EXHIBIT B

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| ELECTRONIC MAINTENANCE ASSOCIATES, INC. and ELECTRONIC MAINTENANCE ASSOCIATES OF NEW YORK, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO.: 26-A-03615-11 |
| FIRST HORIZON BANK CORP., | ) | |
| Defendant. | ) | |

**DEFENDANT FIRST HORIZON BANK'S NOTICE OF FILING OF NOTICE OF REMOVAL**

Defendant First Horizon Bank,[1] appearing specially and reserving all objections to jurisdiction, venue, service of process, and sufficiency of process, pursuant to 28 U.S.C. § 1446(d) hereby gives notice that it is removing this action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. Attached as **Exhibit 1** is a Notice of Removal, without attachments, filed in the Northern District of Georgia on June 3rd, 2026.

Respectfully submitted this 3rd day of June 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Kathleen G. Furr*
Kathleen G. Furr
GA Bar No. 589008
3414 Peachtree Rd., NE, Ste 1500
Atlanta, Georgia 30326
Phone: 404.221.6533
kfurr@bakerdonelson.com
*Counsel for First Horizon Bank*

[1] First Horizon Bank was improperly name in the Complaint as First Horizon Bank Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing ***Defendant First Horizon Bank's Notice of Filing Notice of Removal*** with the Clerk of Court using the Odyssey e-file system, which will automatically serve a copy of same to all counsel of record.

Respectfully submitted this 3rd day of June 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Kathleen G. Furr*

Kathleen G. Furr
GA Bar No. 589008
kfurr@bakerdonelson.com

*Counsel for First Horizon Bank*