**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ELECTRONIC MAINTENANCE ASSOCIATES, INC. and ELECTRONIC MAINTENANCE ASSOCIATES OF NEW YORK, INC., | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: 1:26-cv-03121-ELR |
| v. | ) | |
| FIRST HORIZON BANK CORP., | ) | |
| Defendant. | ) | |

**DEFENDANT FIRST HORIZON BANK'S PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant First Horizon Bank[1] ("First Horizon"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), files this partial motion to dismiss Plaintiffs' claims for negligence for failure to state a claim upon which relief may be granted.[2]

[1] First Horizon Bank was improperly named in the Complaint as First Horizon Bank Corp.

[2] In accordance with this Court's precedent that a Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) tolls the deadline for the filing of an answer to a complaint, First Horizon only files this Partial Motion to Dismiss. *See Williams v. Vensure Employer Services, Inc.*, Civil Action No. 1:24-CV-05516-ELR-JEM, 2025 WL 2743887, at *1 (N.D. Ga. May 6, 2025) ("**This Court agrees with the majority of Courts in this Circuit that hold a partial Rule 12 motion to**

As set forth in more detail in First Horizon's Memorandum of Law in Support filed contemporaneously herewith, Plaintiffs' negligence claims fail to state a claim upon which relief can be granted and should be dismissed with prejudice, because they are preempted by Article 4A and the parties' contract governs the rights and obligations between them.

WHEREFORE, Defendant First Horizon Bank respectfully requests that the Court dismiss Plaintiffs' negligence claims with prejudice. Additionally, should this Court conclude that the foregoing Partial Motion to Dismiss does not toll the time

---

**dismiss, like a motion to dismiss all counts, tolls the deadline for filing an answer to the complaint**.") (emphasis added); *see also Duby v. Captain D's, LLC*, No. 4:23-CV-00259-WMR-WEJ, 2024 WL 5324437, at *2 (N.D. Ga. Mar. 20, 2024), report and recommendation adopted, No. 4:23-CV-00259-WMR, 2024 WL 5330073 (N.D. Ga. June 17, 2024) (finding that the partial motion to dismiss filed by the defendant has delayed its deadline to file an answer); *3Shape A/S v. Carestream Dental, LLC*, No. 1:22-CV-01829-WMR, 2023 WL 4047692, at *6 (N.D. Ga. Apr. 20, 2023) (explaining that under the Federal Rules, "serving a partial motion to dismiss alters the period to file an answer and counterclaims"); *OMH Healthedge Holdings, Inc. v. Medac, Inc*., No. 1:18-CV-01286-CAP, 2019 WL 1903429, at *3 n.3 (N.D. Ga. Feb. 12, 2019) (noting that a pending partial motion to dismiss makes it unnecessary for the defendant to answer the unchallenged claims) (citing *Cuyler v. Kroger Co*., No. 1:14-CV-1287-WBH-AJB, 2014 WL 12547267, at *6 (N.D. Ga. Oct. 3, 2014), report and recommendation approved, No. 1:14-CV-1287-RWS, 2015 WL 12621041 (N.D. Ga. Jan. 8, 2015)); *Gray v. Nationstar Mortg., LLC*, No. 1:14-CV-0431-WBH, 2014 WL 12139086, at *2 (N.D. Ga. Aug. 4, 2014) (agreeing with "the substantial case law that stands for the proposition that when a defendant files a Rule 12(b)(6) motion to dismiss, addressing only some of the claims contained in the plaintiffs complaint, the defendant is not required to file an answer until the court rules on the motion to dismiss").

for Defendant First Horizon Bank to respond to the remaining claims in Plaintiffs' Complaint, First Horizon respectfully requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 6(b) extending the time for First Horizon to file its answer to the claims not addressed by its Partial Motion to Dismiss, effective from the date of the Court's ruling on the Partial Motion to Dismiss.

Respectfully submitted this 10th day of June, 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Kathleen G. Furr*
Kathleen G. Furr
GA Bar No. 589008
3414 Peachtree Rd., NE, Ste 1500
Atlanta, Georgia 30326
Phone: 404.221.6533
Fax: 404.221.6501
kfurr@bakerdonelson.com
*Counsel for First Horizon Bank*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B).

Respectfully submitted this 10th day of June, 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Kathleen G. Furr*
Kathleen G. Furr
GA Bar No. 589008
3414 Peachtree Rd., NE, Ste 1500
Atlanta, Georgia 30326
Phone: 404.221.6533
Fax: 404.221.6501
kfurr@bakerdonelson.com
*Counsel for First Horizon Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a copy of the foregoing ***Defendant First Horizon Bank's Partial Motion to Dismiss Plaintiffs' Complaint*** with the Clerk of Court using the Court's ECF system which served a copy of same via electronic mail to all counsel of record.

Michael D. Cross, Jr.
Cooper J. Branham
Briskin, Cross & Sanford, LLC
33 S. Main Street, Suite 300
Alpharetta, Georgia 30009
mcross@briskinlaw.com
cbranham@briskinlaw.com
*Attorneys for Plaintiffs*

Respectfully submitted the 10th day of June, 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/Kathleen G. Furr*
Kathleen G. Furr
GA Bar No. 589008
kfurr@bakerdonelson.com

*Counsel for First Horizon Bank*